UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN BRALENS, | Civil No.  2:12-cv-03128-CI |
| Plaintiff, | |
| vs. | JUDGMENT AND ORDER OF REMAND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall weigh the medical opinions of record in accordance with 20 CFR 404.1527 and 416.927, identifying the weight assigned and the reasons for that weight. The ALJ shall reassess the claimant's residual functional capacity throughout the period at issue with specific citation to supporting evidence of record. The ALJ shall obtain supplemental vocational expert testimony.

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

**IT IS ORDERED:**

1.    The parties' Stipulated Motion to Remand, **ECF No. 20,** is **GRANTED.**

2.    Plaintiff's Motion for Summary Judgment**, ECF No. 15,** is **stricken as moot**.

3.    Judgment shall be entered for the **Plaintiff** and the file shall be closed.

4.    An application for attorney fees may be filed by separate motion.

DATED August 30, 2013.

S/ CYNTHIA IMBROGNO

UNITED STATES MAGISTRATE JUDGE